

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00231-CV

———————————————————

IN RE WALLACE WAYNE BOWMAN, JR., Relator

---

Original Proceeding
97th District Court of Montague County, Texas
Trial Court No. 2020-0339M-CV

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's Motion for Stay of Petition for Writ of Mandamus Pending Filing Fee of $155, and we deny the motion as moot.

We have also considered relator's Motion to Suspend Operation of Texas Rules of Appellate Procedure, and we grant the motion and suspend Rules 9.3(a)(1), 9.4(f), and 9.4(h).  *See* Tex. R. App. P. 9.3(a)(1), 9.4(f), 9.4(h).

Finally, we have considered relator's petition for writ of mandamus and are of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  August 18, 2021

2